UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:09-CR-571-T-17

JAVIER ENRIQUE CASTILLO-ROMERO

_____/

ORDER

This cause is before the Court on:

Dkt. 354   Motion for Documents

Defendant Javier Enrique Castillo-Romero, *pro se*, requests a copy of the docket sheet, the Judgment, the Plea Agreement, and the Sentencing Transcript.

After entering into a Plea Agreement, Defendant Castillo-Romero was sentenced on June 1, 2010. (Dkt. 163). Defendant Castillo-Romero did not appeal the Judgment (Dkt. 176), nor are there any pending Section 2255 petitions or habeas petitions. If Defendant Castillo-Romero is requesting the above documents be provided without cost, the Court denies Defendant's Motion without prejudice. **See Walker v. United States**, 424 F.2d 278, 279 (5th Cir. 1970); **United States v. Horvath**, 157 F.3d 131, 132 (2d Cir. 1998); **United States v. Losing**, 601 F.2d 351, 352 (8th Cir. 1979). Defendant Castillo-Romero may contact the Clerk's Office if Defendant Castillo-Romero wants to make arrangements for payment for the requested documents. Accordingly, it is

**ORDERED** that *pro se* Defendant Javier Enrique Castillo-Romero's Motion for Documents (Dkt. 354) is **denied without prejudice.**

DONE and ORDERED in Chambers in Tampa, Florida on this 18th day of November, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

**Pro Se** Defendant:

Javier Enrique Castillo-Romero
51419-018
D. Ray James Correctional Facility
P. O. Box 2000
Folkston, GA   31537